United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 16-16933-mdc
Nicholas Vacante                                                      Chapter 7
Leona Vacante
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP            Page 1 of 1          Date Rcvd: Jan 13, 2017
                              Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2017.
db/jdb         +Nicholas Vacante,   Leona Vacante,   565 Glen Valley Drive,   Norristown, PA 19401-3149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2017 at the address(es) listed below:
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon, f/k/a, the Bank of
               New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-7
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              GARY F. SEITZ     gseitz@gsbblaw.com,   gfs@trustesolutions.net;hsmith@gsbblaw.com
              JAMES V. MONAGHAN    on behalf of Joint Debtor Leona   Vacante jmonaghan@norristownlegal.com,
               lroney@norristownlegal.com
              JAMES V. MONAGHAN    on behalf of Debtor Nicholas   Vacante jmonaghan@norristownlegal.com,
               lroney@norristownlegal.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 7

Nicholas Vacante and Leona Vacante                  : Case No. 16–16933–mdc
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , January 13, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

20
Form 195