United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-16933-mdc
Nicholas Vacante                                                        Chapter 7
Leona Vacante
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Jan 13, 2017
                              Form ID: 318             Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
```
db/jdb         +Nicholas Vacante,    Leona Vacante,    565 Glen Valley Drive,    Norristown, PA 19401-3149
13800923        Bloomingdale's,    P.O. Box 78008,    Phoenix, AZ 85062-8008
13800924        Boscov's,   P.O. Box 659622,    San Antonio, TX 78265-9622
13800927        Children's Place,    P.O. Box 9001006,    Louisville, KY 40290-1006
13800928        Country Door,   1112 7th Avenue,    Monroe, WI 53566-1364
13800931        Einstein Medical Center Mont,    P.O. Box 789742,    Philadelphia, PA 19178-9742
13800932        Einstein Medical Center Montg,    P.O. Box 789742,    Philadelphia, PA 19178-9742
13800933        Einstein Montgomery,    c/o Grimley Financial,    30 Washington Ave,    Suite C6,
                 Haddonfield, NJ 08033-3341
13800934        Einstein Physicians,    P.O. Box 780003,    Philadelphia, PA 19178-0003
13800935        Figis,   P.O. Box 77001,    Madison, WI 53707-1001
13800936        Fingerhut,   P.O. Box 166,    Newark, NJ 07101-0166
13800938        Fornance Physician Services,    P.O. Box 8500-9967,    Philadelphia, PA 19178-9967
13800939        Justice,   c/o Capital One Bank,    P.O. Box 71106,    Charlotte, NC 28272-1106
13800940        Lord & Taylor,    c/o Captial One,    P.O. Box 71106,    Charlotte, NC 28272-1106
13800942        Macys,   P.O. box 78008,    Phoenix, AZ 85062-8008
13800943        Masseys,   P.O. Box 2822,    Monroe, WI 53566-8022
13800946        Midnight Velvet,    1112 7th Avenue,    Monroe, WI 53566-1364
13800947        Monroe & Main,    1112 7th Avenue,    Monroe, WI 53566-1364
13800950        PNC Bank,    P.O. Box 6534,    Carol Stream, IL 60197-6534
13800954        Select Portfolio Servicing,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
13800955        Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
13800957        Swiss Colony,    1112 7th Avenue,    Monroe, WI 53566-1364
13800962        Tribute,   P.O. Box 790188,    Saint Louis, MO 63179-0188
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 14 2017 02:10:14      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 14 2017 02:09:00
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 14 2017 02:10:05      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13800922        E-mail/Text: AEPPcreditdept@amerimark.com Jan 14 2017 02:10:50      AmeriMark Premier,
                 P.O. Box 2845,    Monroe, WI 53566-8045
13800921        EDI: AMEREXPR.COM Jan 14 2017 01:48:00      American Express,    P.O. Box 1270,
                 Newark, NJ 07101-1270
13803227        EDI: BECKLEE.COM Jan 14 2017 01:48:00      American Express Centurion Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
13800925        EDI: CAPITALONE.COM Jan 14 2017 01:48:00      Capital One Bank,    P.O. Box 71083,
                 Charlotte, NC 28272-1083
13800926        EDI: RMSC.COM Jan 14 2017 01:49:00      CareCredit,    P.O. Box 960061,    Orlando, FL 32896-0061
13800929        EDI: RCSFNBMARIN.COM Jan 14 2017 01:48:00      Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
13800930        EDI: WFNNB.COM Jan 14 2017 01:48:00      Dress Barn,    P.O. Box 659704,
                 San Antonio, TX 78265-9704
13800937        EDI: AMINFOFP.COM Jan 14 2017 01:48:00      First Premier Bank,    P.O. Box 5529,
                 Sioux Falls, SD 57117-5529
13800941        EDI: RMSC.COM Jan 14 2017 01:49:00      Lowes,    P.O. Box 530914,    Atlanta, GA 30353-0914
13800944        EDI: RMSC.COM Jan 14 2017 01:49:00      Men's Wearhouse,    P.O. Box 530942,
                 Atlanta, GA 30353-0942
13800945        EDI: MERRICKBANK.COM Jan 14 2017 01:48:00      Merrick Bank,    P.O. Box 660702,
                 Dallas, TX 75266-0702
13800948        E-mail/Text: bnc@nordstrom.com Jan 14 2017 02:08:39      Nordstrom,    P.O. Box 79137,
                 Phoenix, AZ 85062-9137
13800949        EDI: RMSC.COM Jan 14 2017 01:49:00      Old Navy,    P.O. Box 530942,    Atlanta, GA 30353-0942
13800951        EDI: RMSC.COM Jan 14 2017 01:49:00      QVC,    P.O. Box 530905,    Atlanta, GA 30353-0905
13800952       +EDI: WFFC.COM Jan 14 2017 01:48:00      Raymour & Flanigan,    c/o Wells Fargo,    P.O. Box 660553,
                 Dallas, TX 75266-0553
13801709        EDI: RECOVERYCORP.COM Jan 14 2017 01:48:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
13800953        EDI: WFNNB.COM Jan 14 2017 01:48:00      Roaman's,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
13800956        EDI: AGFINANCE.COM Jan 14 2017 01:48:00      Springlef,    P.O. Box 742536,
                 Cincinnati, OH 45274-2536
13800960        EDI: RMSC.COM Jan 14 2017 01:49:00      TJX Rewards,    P.O. Box 530949,    Atlanta, GA 30353-0949
13800958        EDI: WTRRNBANK.COM Jan 14 2017 01:48:00      Target,    P.O. Box 660170,    Dallas, TX 75266-0170
13800959        EDI: CRFRSTNA.COM Jan 14 2017 01:48:00      Tires Plus,    c/o Credit First,    P.O. Box 81344,
                 Cleveland, OH 44188-0344
13800961        EDI: RMSC.COM Jan 14 2017 01:49:00      Toys R Us,    P.O. Box 530938,    Atlanta, GA 30353-0938
13800963        EDI: WFNNB.COM Jan 14 2017 01:48:00      Woman Within,    P.O. Box 659728,
                 San Antonio, TX 78265-9728
```

```
District/off: 0313-2         User: admin              Page 2 of 2              Date Rcvd: Jan 13, 2017
                             Form ID: 318             Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

            TOTAL: 26

      ***** BYPASSED RECIPIENTS *****
NONE.            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2017 at the address(es) listed below:

      BRIAN CRAIG NICHOLAS   on behalf of Creditor   The Bank of New York Mellon, f/k/a, the Bank of New York, as Trustee for CWABS, Inc., Asset-Backed Certificates, Series 2004-7 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      GARY F. SEITZ   gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
      JAMES V. MONAGHAN   on behalf of Joint Debtor Leona  Vacante jmonaghan@norristownlegal.com, lroney@norristownlegal.com
      JAMES V. MONAGHAN   on behalf of Debtor Nicholas  Vacante jmonaghan@norristownlegal.com, lroney@norristownlegal.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov

            TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Nicholas Vacante** | Social Security number or ITIN **xxx−xx−5374** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Leona Vacante** | Social Security number or ITIN **xxx−xx−1542** |
| | First Name    Middle Name    Last Name | EIN  _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **16−16933−mdc**

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Nicholas Vacante                                                     Leona Vacante

1/12/17                                                                        **By the court:**   Magdeline D. Coleman
                                                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                          **Order of Discharge**                                                     page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2